UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LUV N' CARE, LTD | CIVIL ACTION NO. 14-2491 |
| VERSUS | JUDGE ROBERT G. JAMES |
| GROUPO RIMAR, AKA SUAVINEX | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 11] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to dismiss for insufficient service of process, Fed.R.Civ.P. 12(b)(5) [Doc. No. 5], filed by defendant Groupo Rimar, AKA Suavinex, SA is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's prior service attempt, reflected in [Doc. No. 4] is **QUASHED**. Plaintiff shall proceed to serve defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 9th day of December, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE